# MEMORANDUM DECISIONS

---

In re CHANDLER. McDONOUGH COUNTY v. BROOKS. (Circuit Court of Appeals, Seventh Circuit, January 11, 1911.) No. 1,743. Appeal from the District Court of the United States for the Southern District of Illinois. See, also, 184 Fed. 887. William Jack, for bankrupt. George T. Page, for trustee.

PER CURIAM. Appeal dismissed, pursuant to stipulation of counsel.

---

THE COLERAINE. THE NELLIE TRACY. (Circuit Court of Appeals, Second Circuit. March 13, 1911.) No. 216. Appeal from the District Court of the United States for the Eastern District of New York. Martin A. Ryan, for appellant. Wray & Callaghan (Stephen Callaghan and Nelson L. Keach, of counsel), for appellee. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decree (179 Fed. 977) affirmed, with interest and costs.